## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Melissa Rocha

                          Plaintiff

                                                    CIVIL ACTION NO.:

             v.                                19-cv-12086-NMG


Zwicker & Associates, P.C

                          Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**
July 23, 2020

Gorton, .D.J.

     In accordance with the Memorandum and Order entered on July 23, 2020, ALLOWING

Motion for Judgment ECF 16.

     JUDGMENT is entered for the Defendant Zwicker & Associates, P.C.


SO ORDERED.


                        /s/ Nathaniel M. Gorton

                        NATHANIEL M. GORTON

                        United States District Judge